## MOTION AND PROCEDURAL RULINGS

**2013–1551.   Clareshire Court Condominium Unit Owners' Assn. v. Montilla.**
Cuyahoga App. No. 97024, 2013-Ohio-3911.
This cause came on for further consideration upon the filing of appellant's motion for emergency injunction. It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2013–0264.   State ex rel. Felty v. Gen. Motors Delco Chassis Div.**
Franklin App. No. 12AP–130, 2013-Ohio-172.
This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.
Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0132.   SP Investors, Ltd. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2011–3801 and 2011–3984.

**2014–0139.   Dublin City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1292.

**2014–0140.   Navistar, Inc. v. Levin.**
Board of Tax Appeals, No. 2010–575.

**2014–0160.   State ex rel. The Toledo Blade Co. v. Meyer.**
In Mandamus.

**2014–0168.   Equity Dublin Assocs. v. Testa.**
Board of Tax Appeals, No. 201–1792.

**2014–0170.   Veolia Water N. Am. Operating Serv., Inc. v. Levin.**
Board of Tax Appeals, No. 2008–987.

**2014–0171.   State v. River City Drywall Supply, Inc.**
Franklin App. No. 13AP–76.

**2014–0172.   State ex rel. Evans v. Ohio Lottery Comm.**
In Mandamus.

**2014–0187.   State ex rel. Rhodes v. Porter.**
In Mandamus.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).
The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

**2013–1147.   State ex rel. Haywood v. Indus. Comm.**
Franklin App. No. 11AP–1154, 2013-Ohio-2658.

**2013–1628.   State ex rel. Precision Steel Servs., Inc. v. Indus. Comm.**
Franklin App. No. 11AP–1083, 2013-Ohio-4381.

**2013–2053.   State ex rel. Turner Constr. Co. of Ohio v. Indus. Comm.**
Franklin App. No. 13AP–11, 2013-Ohio-5298.